# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT E. STEARNS,<br><br>        Plaintiff,<br><br>  vs.<br><br>BITER, et al.,<br><br>        Defendants. | 1:14-cv-00773-AWI-BAM (PC)<br><br>ORDER (1) DENYING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS, (2) DISMISSING ACTION WITHOUT PREJUDICE PURSUANT TO 28 U.S.C. § 1915(g), AND (3) DIRECTING CLERK OF COURT TO ENTER JUDGMENT<br><br>(ECF Nos. 1 and 2) |

      Plaintiff Scott Stearns ("Plaintiff"), a state prisoner proceeding pro se, filed this civil rights actions pursuant to 42 U.S.C. § 1983 on May 21, 2014.  Plaintiff seeks leave to proceed in forma pauperis in this case.

      However, Plaintiff is subject to 28 U.S.C. § 1915(g), which provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."[1]  The Court has reviewed Plaintiff's complaint and his allegations do not

---

[1] The Court takes judicial notice of the following United States District Court cases:  Stearns v. Johnson, Case No. 2:06-cv-03774-UA-RZ (C.D. Cal.) (dismissed Aug. 14, 2006); Stearns v. Flores, et al., Case No. 5:03-cv-00562-JF (N.D. Cal.) (dismissed Apr. 16, 2007); and Stearns v. Sala, et al., Case No. 5:05-cv-02443-JF (N.D. Cal.) (dismissed Nov. 14, 2008).  These strikes were final prior to the date Plaintiff initiated this action.  Silva v. Di Vittorio, 658 F.3d 1090, 1098-1100 (9th Cir. 2011).

1

satisfy the imminent danger exception to section 1915(g).[2] <u>Andrews v. Cervantes</u>, 493 F.3d 1047, 1055-56 (9th Cir. 2007). Therefore, Plaintiff must pay the $400.00 filing fee if he wishes to litigate this claim.

Accordingly, the Court HEREBY ORDERS as follows:

1. Plaintiff's motion for leave to proceed in forma pauperis in this action is DENIED;
2. This action is DISMISSED without prejudice to re-filing accompanied by the $400.00 filing fee; and
3. The Clerk of the Court shall enter judgment.

IT IS SO ORDERED.

Dated:   May 30, 2014                              _____
                                                    SENIOR DISTRICT JUDGE

---

[2] Plaintiff alleges that prison officials have not classified him correctly, resulting in his placement at a higher level prison. He seeks a transfer to a different prison.

2